# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

133342

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ALVIN G. HOLLAND,
       Plaintiff-Appellee,

v

                                 SC: 133342
                                 COA: 273730
                                 WCAC: 05-000178

STONEY POINT TANK TRUCK SERVICE, INC.
and MICHIGAN INSURANCE COMPANY,
       Defendants-Appellants.

_____/

       On order of the Court, the application for leave to appeal the January 26, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

t0521